FILED

03/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0124

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0124

FILED

MAR 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

RICHARD WAYNE SPARKS,

Defendant and Appellant.

Richard Wayne Sparks petitions this Court for an out-of-time appeal from the order revoking his sentence and imposing a revocation sentence, entered by the District Court on April 6, 2021. Revocation was ordered upon Sparks' entry of a true plea to the allegations of the petition, which asserted that Sparks had violated his suspended sentence by being charged with the new crimes of assault with a weapon, criminal endangerment, and partner or family member assault.

Sparks states that he discussed filing a timely appeal with his attorney, but that his attorney failed to file an appeal. He explains that he requested a copy of his final judgment from the District Court and that he never received any document, even after several attempts. He includes other documents with his verified Petition.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Available electronic records provide that the Cascade County District Court held an evidentiary and dispositional hearing on April 6, 2021, on the State's petition to revoke Sparks' sentence upon the alleged violations of his probationary conditions. The District Court revoked his prior sentence and imposed a ten-year prison sentence for felony escape,

with no time suspended, which had been recommended by both parties. The court awarded credit for jail time served and street time.

We conclude that Sparks has made a plausible argument for an out-of-time appeal from his relatively recent judgment under the Rules of Appellate Procedure. M. R. App. P. 4(6). Sparks has indicated that he is without counsel to represent him. He may be entitled to representation of counsel. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that Sparks's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent Richard Wayne Sparks. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. In the event that Sparks qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Richard Wayne Sparks.

DATED this 22nd day of March, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices